UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. MOELLER, <br><br> Plaintiff, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMM'N, <br><br> Defendant. | Civil Action No. 19-2330 (DLF) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), the Equal Employment Opportunity Commission ("Defendant"), by and through the undersigned counsel, respectfully submits this Defendant's Motion for Summary Judgment.

In support hereof, Defendant respectfully directs the Court attention to the accompanying Statement of Material Facts and supporting declarations as well as Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment.

November 5, 2021

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

1

By:\_\_\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES W. MOELLER**, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 19-2330 (DLF) |
| **EQUAL EMPLOYMENT OPPORTUNITY COMM'N**, | ) |
| Defendant. | ) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, summary judgment is awarded to the Defendants.

_____
HON. DABLEY L. FRIEDRICH, U.S.D.J.

DATE

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion Summary Judgment to be served upon Plaintiff via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney