IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES W. MOELLER | ) | |
| | ) | |
| v. | ) | No. 19-cv-2330-DLF |
| | ) | |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |

**CONSENT MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

James W. Moeller requests that the complaint in this matter be dismissed with

prejudice. Plaintiff has consulted with Defendant Equal Employment Opportunity

Commission, which has agreed to this Motion. The parties have agreed that the

parties will bear their own costs.

WHEREFORE, Plaintiff prays that this Honorable Court grant his Motion.

Respectfully submitted,

James W. Moeller
*Pro Se*
D.C. Bar No. 388690
PMB 106-150
4200 Wisconsin Avenue NW
Washington DC 20016
(202) 244-0740
jwjmoeller@aol.com

**RECEIVED**

NOV 23 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

_____/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington DC 20530

DATED: November 23, 2021

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| JAMES W. MOELLER | ) | |
| | ) | |
| v. | ) | No. 19-cv-2330-DLF |
| | ) | |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion

to Dismiss Complaint With Prejudice in the above-captioned matter was served via

e-mail on the 23rd of November 2021 upon the following individual:

> KENNETH ADEBONOJO
> Assistant United States Attorney
> Civil Division
> 555 4th Street NW
> Washington DC 20530


_____/s/_____

James W. Moeller